United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN A. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-3771 |
| | § | |
| COMMISSIONER of the | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Summary Judgment (Doc. No. 9) and Defendant's Motion for Summary Judgment (Doc. No. 16); and Judge Bryan's Memorandum and Recommendation (Doc. No. 18). Plaintiff has filed objections (Doc. No. 19) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 19) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 18) is **ADOPTED**; Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**; Defendant's Motion for Summary Judgment (Doc. No. 16) is **GRANTED**; and, the Commissioner's Decision is **AFFIRMED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this 11th day of August 2026.

[signature]

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE